**Opinion issued November 19, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00540-CV

———————————

**CLIFTON JERRY FRANCIS, JR., Appellant**

**V.**

**ADRIAN GARCIA, SHERIFF, HARRIS COUNTY SHERIFF'S OFFICE, AND HARRIS COUNTY, TEXAS, Appellees**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2014-25685

## MEMORANDUM OPINION

Appellant, Clifton Jerry Francis, Jr., has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.